**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JANE DOE, | ) | |
| Petitioner, | ) | Case No. 2:26-cv-05382 |
| | ) | |
| v. | ) | Hon. Cox Arleo |
| | ) | |
| LUIS SOTO, et al., | ) | ELECTRONICALLY FILED |
| Respondents. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO PROCEED
UNDER PSEUDONYM**

Upon consideration of Petitioner's Motion to Proceed Under Pseudonym, and declarations and exhibits in support thereof, and any further record in this action, this Court finds that Petitioner has shown good cause for relief.

Accordingly, the Court hereby GRANTS Petitioner's Motion to Proceed Under Pseudonym.  The Court hereby **ORDERS**:

1.  Petitioner may proceed in this matter under pseudonym;

2.  Respondents shall not publicly disclose the name or personally identifying information of Jane Doe; and

3.  All parties shall submit pleadings, briefing, and evidence using Jane Doe's pseudonym instead of her real name or other personally identifying information.

This Order shall take effect immediately upon entry and shall remain in effect by further order of the Court.

IT IS SO ORDERED.

Dated:____7/6/26_____

_____
The Honorable Madeline Cox Arleo
United States District Judge