

# U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jacob E. Heric*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*          main: *(973) 645-2700*
*Newark, NJ 07102*                     direct: *(973) 645-2709*
*Jacob.Heric@usdoj.gov*                fax:    *(973) 297-2010*

August 3, 2026

<u>**Via ECF**</u>
Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:   ***Jane Doe v. U.S. Immig. & Customs Enforcement (ICE)***,
> **No. 26-5382 (MCA)**
> **Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in the above-referenced habeas matter. We write to update the Court that U.S. Immigration and Customs Enforcement ("ICE") informs this Office that on July 27, 2026, ICE reevaluated this matter and released the Petitioner from custody. Therefore, we respectfully request that this matter be closed with all restrictions lifted.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    */s/ Jacob E. Heric* _____
JACOB E. HERIC
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc:    Counsel of record (via ECF)

Case shall be closed.

SO ORDERED

*s/Madeline Cox Arleo* _____
MADELINE COX ARLEO, U.S.D.J.

Date:   8/10/26